■ The appeal here is from a judgment denying Father's motion for a preliminary injunction. Since the court's order denying Father's motion is interlocutory in nature, it is not a final judgment for purposes of appeal. Accordingly, we dismiss the appeal without prejudice for lack of a final, appealable judgment.

Relations Commission denying her claim for unemployment benefits, because it found she committed aggravated misconduct connected with her work. There is no error under section 288.210 RSMo.2000. An opinion would have no precedential value. The parties have been provided with a memorandum for their information only, setting forth the reasons for this decision. The decision is affirmed. Rule 84.16(b).

**Maureen BUTLER,**
**Claimant/Appellant,**

v.

**CAFE MANHATTAN, INC. and**
**Division of Employment**
**Security, Respondents.**

No. ED 86278.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 14, 2006.

Maureen Butler, St. Louis, MO, pro se.

Daniel J. Doetze, Richard P. Perkins, St. Louis, Alan J. Downs, Jefferson City, MO, for respondents.

Before KATHIANNE KNAUP CRANE, P.J., LAWRENCE E. MOONEY and BOOKER T. SHAW, JJ.

**ORDER**

PER CURIAM.

Claimant, Maureen Butler, appeals from the decision by the Labor and Industrial

**Derrick WOOLFOLK, Appellant,**

v.

**STATE of Missouri, Defendant.**

No. ED 86360.

Missouri Court of Appeals,
Eastern District,
Division Four.

March 14, 2006.

Timothy Forneris, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Roger W. Johnson, Jefferson City, MO, for respondent.

Before NANNETTE A. BAKER, P.J., ROBERT G. DOWD, JR., J., and SHERRI B. SULLIVAN, J.

*ORDER*

PER CURIAM.

Derrick Woolfolk ("Movant") appeals from the motion court's judgment denying